1  Jeremy T. Bergstrom, Esq.                                    E-filed on <u>October 1, 2009</u>
   Attorney Bar No. 6904
2  MILES, BAUER, BERGSTROM & WINTERS, LLP
   2200 Paseo Verde Pkwy., Suite 250
3  Henderson, NV  89052
   (702) 369-5960 / FAX (702) 369-4955
4  File No. 09-95201

5  Attorneys for Secured Creditor
   BAC HOME LOANS SERVICING, L.P. FKA COUNTRYWIDE HOME LOANS
6  SERVICING, L.P.

7                    **UNITED STATES BANKRUPTCY COURT**
                           **DISTRICT OF NEVADA**
8
   In Re,                                    |   BK No.: BK-S-09-27538-BAM
9
   TERRY LAXTON,                             |   Chapter 13
10
   Debtor(s).                                |   **REQUEST FOR SPECIAL NOTICE**
11
   TO THE CLERK OF THE U.S. BANKRUPTCY COURT, THE DEBTOR(S), THE
12 ATTORNEY OF RECORD, THE TRUSTEE, AND TO ALL PARTIES IN INTEREST.

13        PLEASE TAKE NOTICE that pursuant to the United States Bankruptcy Code and

14 Bankruptcy Rules, Secured Creditor, BAC HOME LOANS SERVICING, L.P. FKA

15 COUNTRYWIDE HOME LOANS SERVICING, L.P., requests that all notices given in this case

16 and all papers served or required to be served in this case (including, but not limited to, Notice

17 for Meeting of Creditors, Dismissal Order, Discharge Order and Trustee's No-Asset Report), be

18 given to and served upon the undersigned at the following address and telephone number.

19        Jeremy T. Bergstrom, Esq.
          MILES, BAUER, BERGSTROM & WINTERS, LLP
20        2200 Paseo Verde Pkwy., Suite 250
          Henderson, NV  89052
21        PH (702) 369-5960

22                                    MILES, BAUER, BERGSTROM & WINTERS, LLP

23 Dated:    September 30,        By:    /s/ Jeremy T. Bergstrom, Esq.
                 2009
24                                       Jeremy T. Bergstrom, Esq.
                                         Attorney for Secured Creditor

                                    1

1

2

### CERTIFICATE OF MAILING

3

The undersigned hereby certifies that on   October 1, 2009  , a copy of the

4

**Request for Special Notice** was mailed to all interested parties in this proceeding by placing a

5

true and correct copy thereof enclosed in a sealed envelope with postage pre-paid in the United

6

States Mail, addressed as follows:

7

ATTORNEY FOR DEBTOR:
Randolph Goldberg
4000 S. Eastern Ave. #200

8

Las Vegas, NV  89119

9

CHAPTER 13 TRUSTEE:
Rick A. Yarnall

10

701 Bridger Ave. #820
Las Vegas, NV  89101

11

I declare under penalty of perjury under the laws of the State of Nevada that the

12

foregoing is true and correct.

13

              /s/ Stacey L. Werner

14

              An Employee of Miles, Bauer, Bergstrom & Winters, LLP
**(09-95201/rfsnlv.dot/slw)**

15

16

17

18

19

20

21

22

23

24

2